In the Matter of GERALD J. HASE, JR., Appellant, v GOVERNOR'S OFFICE at al., Respondents.

Mahoney, P. J., Casey, Weiss, Yesawich, Jr., and Levine, JJ., concur.